# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

# VOLUNTARY PETITION

| IN RE: (Name of Debtor - If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last,First, Middle) |
|---|---|
| NICHOL, FRANK J. | - |
| ALL OTHER NAMES used by the debtor in the last 6 years | ALL OTHER NAMES used by the co-debtor in the last 6 years |
| NONE | - |
| LAST 4 DIGITS OF SOCIAL SECURITY / TAX I.D. NUMBER | LAST 4 DIGITS OF SOCIAL SECURITY / TAX I.D. NUMBER |
| 7472 | - |
| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
| 708 KING HENRY LANE<br>ST. CHARLES, IL 60174 | - |
| County of Residence, etc. KANE | County of Residence, etc - |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
| 708 KING HENRY LANE<br>ST. CHARLES, IL 60174 | - |

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR**

N/A

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**VENUE**

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceeding the date of this petition, or for a longer part of such 180 days than in any other District.
- [ ] There is a Bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

**TYPE OF DEBTOR**

- [x] INDIVIDUAL(S)
- [ ] CORPORATION
- [ ] PARTNERSHIP
- [ ] OTHER__________________
- [ ] STOCKBROKER
- [ ] COMMODITY BROKER
- [ ] CLEARING BANK

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED**

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] § 304-Case Ancilary to Foreign proceeding

**NATURE OF DEBTS**

- [x] CONSUMER / NON BUSINESS
- [ ] BUSINESS

**FILING FEE** (Check one box)

- [x] Full Filing fee attached
- [ ] Filing fee to be paid in installments.(applicable to individuals only) Must attach signed application for the Court's consideration certifying hat the debtor is unable to pay fee except in installments. Rule 1006(b). See official form #3

**CHAPTER 11 SMALL BUSINESS**

- [ ] Debtor is a small business as defined in 11 USC § 101
- [ ] Debtor is and elects to be considered a small business under 11 USC §

**STATISTICAL / ADMINISTRATIVE INFORMATION** (Estimates only)

THIS SPACE FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**

- [x] 1-15
- [ ] 16-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1000-over

**ESTIMATED ASSETS (in thousands of dollars)**

- [ ] Under 50
- [ ] 50-99
- [x] 100-499
- [ ] 500-999
- [ ] 1000-9999
- [ ] 1,000-99,000
- [ ] 100,000-over

**ESTIMATED DEBTS (in thousands of dollars)**

- [ ] Under 50
- [ ] 50-99
- [ ] 100-499
- [ ] 500-999
- [x] 1000-9999
- [ ] 1,000-99,000
- [ ] 100,000-over

*Consumer Schedules, Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# Voluntary Petition

(This page must be completed and filed in every case.)

**PRIOR BANKRUPTCY CASE FILED WITHIN THE LAST 6 YEARS ( If more than one attach additional sheet.)**

| Location where filed: | Case Number: | Date Filed: |
|---|---|---|
| N/A | N/A | N/A |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| N/A | N/A | N/A |
| **District:** | **Relationship:** | **Judge:** |
| N/A | N/A | N/A |

## SIGNATURES

### Signature(s) of Debtor(s) Individual /Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11 or 12 or 13 of Title 11, United States Code, understand the relief available under such chapter, and chose to proceed under chapter 7.

I request relief in accordnace with the chapter of title 11, United States Code specified in this petition.

/s/ FRANK J. NICHOL

Signature of Debtor

/s/ -

Signature of Joint Debtor

Telephone number (If not represented by attorney)

7/24/08

### Signature of Attorney

/s/ John S. Biallas

Signature of Attorney for Debtors

John S. Biallas

Printed Name of Attorney for Debtors

Firm Name

3N918 Sunrise Lane

Address

Saint Charles, Illinois 60174

630-513-7878

Telephone Number

7/24/08

Date

### Exhibit A

(To be completed if Debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made part of this petition.

### Exhibit B

I, the Attorney for the Debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he,she or they) may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under such chapter.

/s/ John S. Biallas 7/24/08

Signature of Attorney for Debtors Date

### Exhibit C

Does the Debtor own or have possession of any property that posesa thrat of imminent and identifiable harm to public health or safety?

☐ Yes and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Debtor (Corporation/ Partnership)

/s/ -

Signature of Authorized Individual

-

Printed Name of Authorized Individual

Title of Authorized Individual

-

Date

*Consumer Schedules, Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED YES/NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real property | YES | 2 | $250,000.00 | | |
| B-Personal Property | YES | 3 | $343,650.00 | | |
| C-Property Claimed as Exempt | YES | 1 | | | |
| D-Creditor Holding Secured Claims & | YES | 2 | | $39,000.00 | |
| E-Creditors Holding Unsecured Priority Claims | | | | $0.00 | |
| F-Creditors Holding Unsecured Nonpriority claims | YES | 2 | | $1,600,000.00 | |
| G-Executory Contracts and Unexpired Leases & H-Codebtors | YES | 2 | | | |
| I-Current Income of Individual Debtor(s) & | YES | 1 | | | 3,750 |
| J-Current Expenditure of Individual Debtor(s) | | | | | 3,700 |
| | Total number of sheets in all Schedules | 13 | | | |
| | | Total Assets | $593,650.00 | | |
| | | | Total Liabilities | $1,639,000.00 | |

*Consumer Schedules, Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re Nichol, Frank J. , Case No. ____________
Debtor (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 25 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 7/24/08 Signature: s/ Frank J. Nichol
Debtor

Date ____________ Signature: ____________
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X ____________
Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____________ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ____________ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date ____________

Signature: ____________

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

☐ THE DEBTOR HAS NO REAL PROPERTY TO REPORT ON SCHEDULE A

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | DEBTOR or SPOUSE or JOINT | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 708 KING HENRY LANE ST. CHARLES, IL 60174 3 BEDROOM TOWNHOME | TENANT BY ENTIRETY | JOINT | $250,000.00 | $39,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TOTAL MARKET VALUE OF DEBTOR'S REALTY | $250,000.00 |
|---|---|

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# SCHEDULE B - PERSONAL PROPERTY (PAGE 1)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | RESIDENCE OF DEBTOR | - | $200.00 |
| 2. Checking, savings or other financial accounts, or other deposits. | | CHECKING ACCOUNT,CHASE BANK ST. CHARLES, ILLINOIS | - | $500.00 |
| 3. Security deposits with public utilities, landlords and others. | X | | - | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 1/2 INTEREST WITH SPOUSE IN 7 ROOMS OF USED FURNITURE AND MISC. HOUSEHOLD GOODS | - | $2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectables | X | | - | $0.00 |
| 6. Wearing apparel. | | CLOTHING OF AN ADULT MALE | - | $50.00 |
| 7. Furs and jewelry | | WEDDING RING AND TIMEX WATCH | - | $250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | ONE SET OF GOLF CLUBS AND .22 SINGLE ACTION PISTOL | - | $150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $1,000,000 IN TERM LIFE INSURANCE NO PRESENT VALUE | - | $0.00 |
| 10. Annunities. Itemize and and name each issuer | X | | - | $0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | IRA AT AMERICAN FUNDS | - | $340,000.00 |
| | | | SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 1 | $343,650.00 |

*Consumer Schedules, Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# SCHEDULE B - PERSONAL PROPERTY (PAGE 2)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock, and interests in incorporated and unincorporated businesses. Itemize | | 50% OF STOCK IN PRO TECH PLASTICS (CLOSED, NO VALUE) 50% INTEREST IN S&N LEASING, LLC (NO ASSETS, NO VALUE) | - | $0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | | EQUITY INTEREST IN "THE CLASSICS" GOLF CLUB, NAPLES, FL. (NO PRESENT VALUE) | - | $0.00 |
| 14. Government and corporate bonds | X | | - | $0.00 |
| 15. Accounts Receivable | X | | - | $0.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | - | $0.00 |
| 17. Other liquidated debts owing debtor. Include Tax refunds. Give particulars. | X | | - | $0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A. | X | | - | $0.00 |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | - | $0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. | X | | - | $0.00 |
| 21. Patents, copyrights and other intellectual property. Give particulars | X | | - | $0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars | X | | - | $0.00 |
| | | SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 2 | | $0.00 |

*Consumer Schedules, Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# SCHEDULE B - PERSONAL PROPERTY (PAGE 3)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobile, trucks, trailers, and other vehicles | X | | - | $0.00 |
| 24. Boats, motors, and accessories. | X | | - | $0.00 |
| 25. Aircraft and accessories | X | | - | $0.00 |
| 26. Office equipment, furnishings, and supplies | X | | - | $0.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | - | $0.00 |
| 28. Inventory. | X | | - | $0.00 |
| 29. Animals. | X | | - | $0.00 |
| 30. Crops - growing or harvested give particulars. | X | | - | $0.00 |
| 31. Farming equipment and implements. | X | | - | $0.00 |
| 32. Farm supplies, chemicals, and feed. | X | | - | $0.00 |
| 33. Other personal Property of any kind not already listed. Itemize. | X | | - | $0.00 |
| | | SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 3 | | $0.00 |
| | | TOTAL MARKET VALUE OF DEBTOR'S PERSONAL PROPERTY | | $343,650.00 |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

☐ 11 U.S.C. § 522 (B) (1) EXEMPTIONS ARE CLAIMED.
(EXEMPTIONS UNDER FEDERAL BANKRUPTCY CODE)

☒ 11 U.S.C. § 522 (B) (2) EXEMPTIONS ARE CLAIMED.
(EXEMPTIONS UNDER THE LAW OF THE STATE OF ILLINOIS Ch 765 § 12-1001 ET S

## Debtor:

| | Type of Exemption ; Applicable Statute granting Exemption; | Exempt Amount | $ MarketValue |
|---|---|---|---|
| ☒ | Real Estate / Homestead; Ill. Code of Civil Pro. §12-901 ; | $15,000 each | $250,000.00 |
| ☒ | Necessary Clothing; Ill. Code of Civil Pro. §12-1001(a); | All | |
| ☒ | Personal Property; Ill. Code of Civil Pro. §12-1001(b); | $4,000 each | $4,000.00 |
| ☐ | One Motor Vehicle ; Ill. Code of Civil Pro. §12-1001(c); | $2,400 each | |
| ☐ | Tools of the Trade ; Ill. Code of Civil Pro. §12-1001(d) ; | $1,500 each | |
| ☐ | Health aids ; Ill. Code of Civil Pro. §12-1001(e); | All | |
| ☐ | Ins. Proceeds & Benefits; Ill. Code of Civil Pro. §12-1001(f); | All | |
| ☐ | Government Benefits ; Ill. Code of Civil Pro. §12-1001(g); | All | |
| ☐ | Tort claims / Recoveries; Ill. Code of Civil Pro. §12-1001(h); | $15,000 each | |
| ☒ | Retirement ; Ill. Code of Civil Pro. $12-1006(a)-(c); | All | $340,000.00 |
| ☐ | Workman's Comp. Claims; Ill. Code of Civil Pro. §12-1001(h) ; | All | |
| ☐ | Other: social security benefits____________________ | All | |

## Co-Debtor:

| | Type of Exemption ; Applicable Statute granting Exemption; | Exempt Amount | $ MarketValue |
|---|---|---|---|
| ☐ | Real Estate / Homestead; Ill. Code of Civil Pro. §12-901; | $7,500 | |
| ☐ | Necessary Clothing; Ill. Code of Civil Pro. §12-1001(a) ; | All | |
| ☐ | Personal Property; Ill. Code of Civil Pro. §12-1001(b) ; | $2,000 | |
| ☐ | One Motor Vehicle ; Ill. Code of Civil Pro. §12-1001(c); | $1,200 | |
| ☐ | Tools of the Trade ; Ill. Code of Civil Pro. §12-1001(d) ; | $750 | |
| ☐ | Health Aids ; Ill. Code of Civil Pro. §12-1001(e); | All | |
| ☐ | Ins. Proceeds & Benefits ; Ill. Code of Civil Pro. §12-1001(f); | All | |
| ☐ | Government Benefits ; Ill. Code of Civil Pro. §12-1001(g) ; | All | |
| ☐ | Tort claim / Recoveries ; Ill. Code of Civil Pro. §12-1001(h); | $7,500 | |
| ☐ | Retirement; Ill. Code of Civil Pro. §12-1006(a)-(c) ; | All | |
| ☐ | Workman's Comp. Claims; Ill. Code of Civil Pro. §12-1001(h) ; | All | |
| ☐ | Other_____________________________________________ | | |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S ACCT. #, NAME AND MAILING ADDRESS | CODEBTOR; DATE CLAIM INCURRED; DESCRIPTION: NATURE OF LIEN & OTHER DATA | | | | AMOUNT OF CLAIM / UNSECURED PORTION |
|---|---|---|---|---|---|
| Chase Bank<br>520 Dunham Rd.<br>St. Charles, Illinois 60174 | Codebtor ? | YES | Date claim Incurred | 4/2004 | $39,000 |
| | Husband,Wife,Joint or Community ? | J | Description of Property | RESIDENCE OF DEBTOR | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | $250,000 | $210,000 |
| | Codebtor ? | NO | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | NO | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | NO | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | No | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | No | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | No | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | No | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | No | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |

☐ THE DEBTOR HAS NO CREDITORS HOLDING SECURED CLAIMS TO REPORT ON SCHEDULE D

| Total D > | $39,000.00 |
|---|---|

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ THE DEBTOR HAS NO CREDITORS HOLDING UNSECURED PRIORITY CLAIMS TO REPORT ON SCHEDULE E

## TYPES OF PRIORITY CLAIMS LISTED BELOW, IF

- ☐ EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE.
- ☐ WAGES, SALARIES AND COMMISSIONS
- ☐ CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS
- ☐ CERTAIN FARMERS AND FISHERMEN
- ☐ DEPOSITS BY INDIVIDUALS
- ☐ ALIMONY, MAINTENANCE OR SUPPORT
- ☒ TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS
- ☐ COMMITMENTS TO MAINTAIN THE CAPITAL OF AN INSURED DEPOSITORY INSTITUTION

| CREDITOR"S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM INCURRED & CONSIDERATION / CODEBTOR ? AND OTHER DATA | TYPE OF PRIORITY / AMOUNT ENTITLED TO PRIORITY | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 745<br>DISTRICT DIRECTOR<br>CHICAGO, IL 60690 | Date Incurred and Consideration: 2007 1040<br>Codebtor ?: NO<br>Husband,Wife,Joint or Community ?: J<br>Contingent, Disputed or Unliquidated ?: | Type of Priority: TAXES AND CERTAIN DEBTS OWED TO GOVERNMENTS<br>unknown | $ 0 |
| STATE OF ILLINOIS<br>DEPT. OF REVENUE<br>101 WEST JEFFERSON ST.<br>SPRINGFIELD, IL 62794 | Date Incurred and Consideration: 2007IL 1040<br>Codebtor ?: NO<br>Husband,Wife,Joint or Community ?: J<br>Contingent, Disputed or Unliquidated ?: | Type of Priority: TAXES AND CERTAIN DEBTS OWED TO GOVERNMENTS<br>unknown | $ 0 |
| | Date Incurred and Consideration:<br>Codebtor ?: NO<br>Husband,Wife,Joint or Community ?:<br>Contingent, Disputed or Unliquidated ?: | Type of Priority: | |
| | Date Incurred and Consideration:<br>Codebtor ?: NO<br>Husband,Wife,Joint or Community ?:<br>Contingent, Disputed or Unliquidated ?: | Type of Priority: | |
| | Date Incurred and Consideration:<br>Codebtor ?: NO<br>Husband,Wife,Joint or Community ?:<br>Contingent, Disputed or Unliquidated ?: | Type of Priority: | |

| Total E > | $0.00 |
|---|---|

Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.

**In Re:** NICHOL, FRANK J. **Case #**

☐ *THE DEBTOR HAS NO CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS TO REPORT ON SCHEDULE F*

## SCHEDULE F - CREDITORS WITH UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS AND ACCOUNT # | DATE OF CLAIM, CONSIDERATION AND OTHER DATA | | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|
| American Chartered Bank<br>c/o Adam B. Rome<br>Levenfeld & Pearlsteine, llc<br>2 N LaSalle St., ste 1300<br>Chicago, Il 60602 | DATE ? 1998<br>CONSIDERATION<br>GUARANTY OF BUSINESS LOAN TO COMPANIES OWNED BY DEBTOR. | OTHER DATA<br>AMENDED JUDGMENT 7/24/08 | $1,600,000.00 |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | DATE ?<br>CONSIDERATION | OTHER DATA<br>- | |
| | | Subtotal Sch. F Page 1 | $1,600,000.00 |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

| ADDITIONAL SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | | |
|---|---|---|
| NAME & ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE & THE NATURE OF DEBTOR'S INTEREST | RESIDENTIAL REAL PROPERTY ? |
| | | |
| | | |
| | | |
| | | |

☒ THE DEBTOR HAS NO EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO REPORT ON SCHEDULE G

| ADDITIONAL SCHEDULE H - CODEBTORS | |
|---|---|
| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| THOMAS J. SIWEK<br>C/O TIM MCLEAN<br>2100 MANCHESTER STE 1750, WHEATON, IL 60187 | AMERICAN CHARTERED BANK<br>C/O ADAM B. ROME<br>LEVENFELD & PEARLSTEINE, LLC<br>2 N LASALLE ST., STE 1300<br>CHICAGO, IL 60602 |
| | |
| | |
| | |
| | |

☐ THE DEBTOR HAS NO CODEBTORS TO REPORT ON SCHEDULE H

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

B6I (Official Form 6I) (12/07)

**In re** Nichol, Frank J. , **Debtor** **Case No.** ______ **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Spouse Therese Nichol | AGE(S): |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | housewife |
| Name of Employer | N/A | N/A |
| ~~How long employed~~ | | |
| Address of Employer | N/A | N/A |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0 | $0 |
| 2. Estimate monthly overtime | $0 | $0 |
| 3. SUBTOTAL | $0 | $0 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $0 | $0 |
| b. Insurance | $0 | $0 |
| c. Union dues | $0 | $0 |
| d. Other (Specify): ______ | $0 | $0 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0 | $0 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $0 | $0 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social security or government assistance (Specify): Social Security | $2100. | $450. |
| 12. Pension or retirement income | $0 | $150. |
| 13. Other monthly income (Specify): Inland Real estate Partnership (retirement) | $0 | $1050 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $2100 | $1650 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $2100 | $1650 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $3750.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re Nichol, Frank J. , Debtor    Case No. ______ (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $500. |
| a. Are real estate taxes included? Yes ____ No ✓ | |
| b. Is property insurance included? Yes ____ No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $550. |
| b. Water and sewer | $50. |
| c. Telephone | $160. |
| d. Other | $ |
| 3. Home maintenance (repairs and upkeep) | $50. |
| 4. Food | $900.. |
| 5. Clothing | $150. |
| 6. Laundry and dry cleaning | $25. |
| 7. Medical and dental expenses | $575. |
| 8. Transportation (not including car payments) | $ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50. |
| 10.Charitable contributions | $ |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ |
| b. Life | $850. |
| c. Health | $450 |
| d. Auto | $100 |
| e. Other | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) REAL ESTATE TAXES | $540 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other | $ |
| c. Other | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other | $ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $3700 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| Item | Amount |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $3750 |
| b. Average monthly expenses from Line 18 above | $3700 |
| c. Monthly net income (a. minus b.) | $50 |

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Illinois

In re: Nichol, Frank J., Case No. ____________
Debtor (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $70,000 over 2 years | Pro Tech Plastics and S&N Leasing |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2400.00 | Unemployment compensation |

**3. Payments to creditors**

***Complete a. or b., as appropriate, and c.***

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|





None ☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| American Chartered Bank v. Nichol 08L200 | collection | Circuit Court of DuPage County | Confessed Judment |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| American Chartered Bank | 5/08 | Cash from Checking $2500.00 |

**5. Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7. Gifts**

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|





**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John S. Biallas | 4/08 by Bochte & Kuzniar, Attorneys | $5,000.00 |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Therese Nichol (Spouse) | 2007 | 2004 Volvo Automobile value $17,000. |

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None


a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None


b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None


c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| ProTech Plastics / S&N Leasing | | 1295 Helena Drive West Chicago, Il 60185 | Plastic injection molding, real estate leasing | 1977-2007 1987-2007 |

None ☐ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| S&N leasing LLC | 1295 Helena Drive West Chicago, Il 60185 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ronald J. Simon | 1977-2007 |

None ☑ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| American Charter Bank | 2007 |

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 2/2007 | Sean mack | $750,000. |

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

---

None ☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 7/24/08 Signature of Debtor s/ Frank J. Nichol

Date ______________ Signature of Joint Debtor (if any) ______________

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ______________ Signature ______________

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer ______________ Social-Security No. (Required by 11 U.S.C. § 110.) ______________

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X ______________
Signature of Bankruptcy Petition Preparer ______________ Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

**For legal services, I have agreed to accept:** $0.00
**Prior to the filing of this statement I have received:** $5,000.00
**Balance Due:** $0.00 **This is a PRO BONO Case** ☐

2. The source of the compensation paid to me was:

☐ THE DEBTOR ☒ OTHER: **SPECIFY** **Bochte & Kuzniar, Attorneys**

3. The source of compensation to be paid to me is:

☒ THE DEBTOR ☐ OTHER: **SPECIFY**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters subject to the right to withdrawfor nonpayment of agreed fees;
e. If representation in adversary proceedings is required, an additional retainer of $0.00 with additional billings at the rate of $0.00 per hour has been agreed on with the debtor. **If these additional amounts are not paid in a timely fashion, counsel reserves the right to withdraw.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

N/A

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

---

# ATTORNEY'S AFFIDAVIT IN COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for the Debtors and has knowledge of the matters covered by this affidavit and has read the General Rule 39.

Affiant has not directly or indirectly solicited employment by the above named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except [here state all exceptions, or if none state "no exceptions"]: NO EXCEPTIONS

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above named part, or parties, of the costs of this case or of the living or other expenses, of any party, or of any part of an attorney's fee already received or hereafter to be received, or of any portion of the recovery by suit or settlement to any person whatever other than the above named party or parties and the attorneys of record herein, except [here state all exceptions, or if none state "no exceptions"]: NO EXCEPTIONS

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above named party or parties in this action and represents that a signed copy thereof has been furnished to each party whom he represents that his compensation for services in this case is not on a contingent basis.

SIGNED: /s/ John S. Biallas DATED: 7/24/08

*Consumer Schedules, Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

**In Re:** NICHOL, FRANK J. **Case #**

**UNITED STATES BANKRUPTCY COURT**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

| *a. PROPERTY TO BE SURRENDERED* | |
|---|---|
| *DESCRIPTION OF PROPERTY* | *CREDITOR'S NAME* |
| | |
| | |

| *b. PROPERTY TO BE RETAINED* | | | | |
|---|---|---|---|---|
| *DESCRIPTION OF PROPERTY* | *CREDITOR'S NAME* | *REAFFERMATION UNDER §524(C)* | *CLAIMED EXEMPT AND REDEEMED UNDER §722* | *LIEN AVOIDED UNDER §522(f) AND CLAIMED EXEMPT* |
| RESIDENCE OF DEBTOR | CHASE | ✓ | ✓ | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

/s/ FRANK J. NICHOL
Signature of Debtor

7/24/08
Date

/s/
Signature of Joint Debtor

Date

*Consumer Schedules, Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*