# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: NICHOL, FRANK S.                              § Case No. 08-19054
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $593,650.00 *(without deducting any secured claims)* | Assets Exempt: $52,650.00 |
| Total Distribution to Claimants: $63,220.62 | Claims Discharged Without Payment: $713,246.13 |
| Total Expenses of Administration: $36,813.83 | |

3) Total gross receipts of $ 100,034.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $100,034.45 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 36,813.83 | 36,813.83 | 36,813.83 | 36,813.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 1,639,000.00 | 776,466.75 | 776,466.75 | 63,220.62 |
| **TOTAL DISBURSEMENTS** | $1,675,813.83 | $813,280.58 | $813,280.58 | $100,034.45 |

4) This case was originally filed under Chapter 7 on July 24, 2008. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2010          By: /s/CHARLES J. MYLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Retainer paid to Atty. John Biallas | 1229-000 | 63,213.45 |
| Fraudulent conveyance | 1241-000 | 36,786.55 |
| Interest Income | 1270-000 | 34.45 |
| TOTAL GROSS RECEIPTS | | $100,034.45 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL SECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charles J. Myler | 2100-000 | N/A | 8,250.38 | 8,250.38 | 8,250.38 |
| Charles J. Myler | 2200-000 | N/A | 1,738.45 | 1,738.45 | 1,738.45 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 26,825.00 | 26,825.00 | 26,825.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 36,813.83 | 36,813.83 | 36,813.83 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 5200-000 | unknown | N/A | N/A | 0.00 |
| -2 NOTFILED | STATE OF ILLINOIS DEPT. OF REVENUE | 5200-000 | unknown | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Chartered Bank c/o Adam B. Rome | 7100-000 | 1,600,000.00 | 776,352.30 | 776,352.30 | 63,211.30 |
| 3 | Chase Bank USA NA | 7100-000 | 39,000.00 | 114.45 | 114.45 | 9.32 |

UST Form 101-7-TDR (10/1/2010)

| TOTAL GENERAL UNSECURED CLAIMS | 1,639,000.00 | 776,466.75 | 776,466.75 | 63,220.62 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 08-19054  
Case Name: NICHOL, FRANK S.  
Period Ending: 10/20/10

Trustee: (330510) CHARLES J. MYLER  
Filed (f) or Converted (c): 07/24/08 (f)  
§341(a) Meeting Date: 08/18/08  
Claims Bar Date: 01/06/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence in St. Charles, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Golf clubs | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 50% stock in ProTech Plastics | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Equity interest in Naple FL golf club | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Retainer paid to Atty. John Biallas (u) | 63,213.45 | 63,213.45 | | 63,213.45 | FA |
| 13 | Fraudulent conveyance (u) | Unknown | Unknown | | 36,786.55 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 34.45 | FA |
| 14 | Assets Totals (Excluding unknown values) | $656,863.45 | $63,213.45 | | $100,034.45 | $0.00 |

Major Activities Affecting Case Closing:

Final report sent to US Trustee 4/27/10

Initial Projected Date Of Final Report (TFR):   December 31, 2008        Current Projected Date Of Final Report (TFR):   July 26, 2010 (Actual)

Printed: 10/20/2010 11:01 AM   V.12.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 08-19054
Case Name: NICHOL, FRANK S.

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****77-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

Taxpayer ID #: **-***1631
Period Ending: 10/20/10

| 1 Trans. Date | 2 {Ref#} / Check# | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/10 | | Bochte, Kuzniar & Navigato | Settlement proceeds for attorney retainer action and fraudulent conveyance to spouse | | 100,000.00 | | 100,000.00 |
| | {13} | | Settlement proceeds   36,786.55 | 1241-000 | | | 100,000.00 |
| | {12} | | 63,213.45 | 1229-000 | | | 100,000.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.44 | | 100,002.44 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.48 | | 100,006.92 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.68 | | 100,007.60 |
| 04/06/10 | | Wire out to BNYM account 9200******7765 | Wire out to BNYM account 9200******7765 | 9999-000 | -100,007.60 | | 0.00 |

|   |   |   |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00   $0.00 |
| Less: Bank Transfers | -100,007.60 | 0.00 |
| Subtotal | 100,007.60 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $100,007.60 | $0.00 |

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

Case Number: 08-19054
Case Name: NICHOL, FRANK S.

Taxpayer ID #: **-***1631
Period Ending: 10/20/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: The Bank of New York Mellon
Account: 9200-*****77-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******7765 | Wire in from JPMorgan Chase Bank, N.A. account *******7765 | 9999-000 | 100,007.60 | | 100,007.60 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.79 | | 100,012.39 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.95 | | 100,018.34 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.75 | | 100,024.09 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.95 | | 100,030.04 |
| 08/24/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 4.41 | | 100,034.45 |
| 08/24/10 | | To Account #9200******7766 | Transfer to checking | 9999-000 | | 100,034.45 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 100,034.45 | 100,034.45 | $0.00 |
| Less: Bank Transfers | 100,007.60 | 100,034.45 | |
| Subtotal | 26.85 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $26.85 | $0.00 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

Case Number: 08-19054
Case Name: NICHOL, FRANK S.

Taxpayer ID #: **-***1631
Period Ending: 10/20/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: The Bank of New York Mellon
Account: 9200-*****77-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | | From Account #9200*****7765 | Transfer to checking | 9999-000 | 100,034.45 | | 100,034.45 |
| 08/24/10 | 101 | Charles J. Myler | Dividend paid 100.00% on $8,250.38, Trustee Compensation; Reference: | 2100-000 | | 8,250.38 | 91,784.07 |
| 08/24/10 | 102 | Charles J. Myler | Dividend paid 100.00% on $1,738.45, Trustee Expenses; Reference: | 2200-000 | | 1,738.45 | 90,045.62 |
| 08/24/10 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $26,825.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 26,825.00 | 63,220.62 |
| 08/24/10 | 104 | American Chartered Bank c/o Adam B. Rome | Dividend paid 8.14% on $776,352.30; Claim# 1; Filed: $776,352.30; Reference: | 7100-000 | | 63,211.30 | 9.32 |
| 08/24/10 | 105 | Chase Bank USA NA | Dividend paid 8.14% on $114.45; Claim# 3; Filed: $114.45; Reference: | 7100-000 | | 9.32 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 100,034.45 | 100,034.45 | $0.00 |
| Less: Bank Transfers | 100,034.45 | 0.00 | |
| Subtotal | 0.00 | 100,034.45 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $100,034.45 | |

Net Receipts: 100,034.45
Net Estate: $100,034.45

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # **-*****77-65 | 100,007.60 | 0.00 | 0.00 |
| MMA # 9200-*****77-65 | 26.85 | 0.00 | 0.00 |
| Checking # 9200-*****77-66 | 0.00 | 100,034.45 | 0.00 |
| | $100,034.45 | $100,034.45 | $0.00 |